## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

ALLEN RAY KING,

      Plaintiff,

vs.                              Case No.: 5:09cv365/MCR/EMT

MARK HENRY, et al.,

      Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 11, 2010.  (Doc. 11).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      Plaintiff's motion for injunctive relief (doc. 4) is **DENIED**.

**DONE AND ORDERED** this 17th day of March, 2010.

                        s/ *M. Casey Rodgers*

                        **M. CASEY RODGERS**
                        **UNITED STATES DISTRICT JUDGE**