IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


ALLEN RAY KING,
     Plaintiff,

vs.                                 Case No.:  5:09cv365/MCR/EMT

GEORGE ZOLEY, CEO, et al.,
     Defendants.
_____/

# O R D E R

     This matter has been referred to the undersigned by the District Judge.  On October 29, 2010, the court dismissed some of Plaintiff's claims against Defendants and referred the case to the undersigned for proceedings on Plaintiff's remaining claim, that is, Plaintiff's claim that Defendants exposed him to environmental tobacco smoke (ETS) in violation of the Eighth Amendment (*see* Doc. 29).  Service of the Second Amended Complaint is therefore appropriate to permit Defendants to respond to Plaintiff's ETS claim.  Because Plaintiff is proceeding in forma pauperis, he is not responsible for the costs of service.[1]  However, before service may be ordered, Plaintiff must submit three (3) complete and identical copies of his Second Amended Complaint (Doc. 24), including the ninety-five (95) pages of exhibits he submitted with it.

     In addition, to continue the prosecution of this case and to more expeditiously complete service of process, Plaintiff must sign and return certain forms along with the service copies of this complaint.  When sending Plaintiff a copy of this order, the clerk shall also provide Plaintiff with a prepared Notice of a Lawsuit and Request to Waive Service of a Summons form for each Defendant.  Plaintiff must sign the Notice of Lawsuit and Request for Waiver of Service of

_____

[1] Plaintiff is reminded of his continued obligation to submit monthly installment payments to the court until the filing fee is paid in full.

Summons forms and type or legibly print his name and address.  Plaintiff shall not fill in the date
(the United States Marshals Service will fill in the date on the day the form is mailed to the
respective Defendant on Plaintiff's behalf).  Upon receipt of the service copies and signed Notice
of a Lawsuit and Request to Waive Service of a Summons forms, the court will direct the United
States Marshals Service to serve Defendants.[2]

Accordingly, it is **ORDERED**:

1.      The clerk shall modify the docket to reflect that there are three Defendants in this
action:  George Zoley, CEO; Mark Henry, Warden; and Tony Stewart, Chief of Security.
Additionally, the clerk of court shall prepare a  Notice of a Lawsuit and Request to Waive Service
of a Summons form for each Defendant and send them to Plaintiff.[3]

2.      Within **TWENTY-ONE (21) DAYS** from the date of docketing of this order,
Plaintiff shall submit three (3) complete copies of his Second Amended Complaint that are identical
to each other and to the Second Amended Complaint filed with the court (Doc. 24), including three
(3) copies of all of the exhibits filed with the Second Amended Complaint.  This case number should
be written on the copies.  Additionally, Plaintiff shall sign and return to the clerk each Notice of a
Lawsuit and Request to Waive Service of a Summons form.

3.      Failure to respond to this order as instructed may result in dismissal of this action for
failure to comply with an order of the court.

**DONE AND ORDERED** this 2nd day of November 2010.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

---

[2] Plaintiff is advised that if any Defendant fails to waive service of a summons and the complaint, Plaintiff will
be required to fill out additional forms and submit additional copies of the Second Amended Complaint.

[3] The clerk shall fill in the caption, case number, and name of the Defendant on each form.  Additionally, the
clerk shall fill in "30" in the space indicating the number of days within which each Defendant must return the signed
waiver.