IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALLEN RAY KING,

    Plaintiff,

v.                                      Case No.: 5:09cv365/MCR/EMT

MARK HENRY, et al.,

    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 4, 2011 (doc. 52). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted except to the extent it finds that the plaintiff's claims against defendant George Zoley should be dismissed for failure to state a claim against him. Although the court agrees that the plaintiff fails to state a claim for relief against defendant Zoley in his Second Amended Complaint, the court finds that the plaintiff should be allowed an opportunity to amend his complaint in an effort to do so.[1] *See, e.g., Jemison v. Mitchell*, 380 Fed. Appx. 904, 907 (11th Cir. 2010) ("When it appears that a *pro se* plaintiff's complaint, if more carefully drafted, might state a claim, the district

---

[1] The court would note that Zoley was not named as a defendant in the plaintiff's original or first amended complaint.

court should give the *pro se* plaintiff an opportunity to amend his complaint instead of dismissing it with prejudice.").[2]  To that end, the court would refer the plaintiff to the magistrate judge's April 20, 2010, order (doc. 15), which sets forth guidelines for the filing of an amended complaint.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted to the extent referenced above, with the pertinent provisions incorporated by reference in this order.

2. Defendants' motion to dismiss or for summary judgment (Doc. 42) is **DENIED.**

3. The plaintiff shall have thirty (30) days from the date of this order in which to file a third amended complaint against defendant Zoley so that the court can determine whether he has stated a viable claim against him.

4. Plaintiff's failure to comply with this order, as instructed, will result in dismissal of his claim against defendant Zoley.

**DONE AND ORDERED** this 24th day of June, 2011.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[2] While unpublished opinions are not considered binding, they may be considered as persuasive authority.  See 11th Cir. R. 36-2; *see also United States v. Futrell*, 209 F.3d 1286, 1289 (11th Cir. 2000).

Case No: 5:09cv365/MCR/EMT