IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALLEN RAY KING,

    Plaintiff,

v.

                        Case No.: 5:09cv365/MCR/EMT

MARK HENRY, et al.,

    Defendants.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 19, 2011 (doc. 62). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The court has considered *de novo* the plaintiff's timely filed objections (doc. 64).

    Having considered the Report and Recommendation, the plaintiff's objections, and the record, the court determines that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff King's claims against Defendant Zoley are **DISMISSED with prejudice** for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    3.    Defendants Henry and Stewart's motion for summary judgment (doc. 55) is **GRANTED**.

      4.      The plaintiff's request for the appointment of counsel (doc. 67) is **DENIED as MOOT**.

      5.      This action is **DISMISSED** and the clerk is directed to enter judgment in favor of Defendants and close the file.

**DONE AND ORDERED** this 23rd day of November, 2011.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**